UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | | |
|---|---|---|
| GUADALUPE OLVERA, et al., | ) | |
| Plaintiff(s), | ) ) ) | Case No. 2:14-cv-01298-GMN-NJK |
| vs. | ) ) | ORDER |
| JARED E. SHAFER, et al., | ) ) | |
| Defendant(s). | ) ) | |

    Pending before the Court is an order to show cause that was issued in light of the parties' failure to timely file a proposed discovery plan. Docket No. 68. The Court has now received several responses. Docket Nos. 70, 72-73. The Court hereby ORDERS Plaintiffs to arrange for the Rule 26(f) conference to be conducted as soon as practicable, and the parties are further ORDERED to submit a proposed discovery plan no later than November 21, 2014.

    IT IS SO ORDERED.

    DATED: November 5, 2014

                                                                 _____
                                                                 NANCY J. KOPPE
                                                                 United States Magistrate Judge