```
BOGGESS & HARKER
D. BRIAN BOGGESS, ESQ.
Nevada Bar Number 4537
7495 West Azure Drive., Suite 250
Las Vegas, Nevada 89130
t: (702) 233-5040
f: (702) 233-2209
bboggess@boggesslawgroup.com
Attorney for Plaintiffs
```

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| GUADALUPE OLVERA, an individual; and THE GUADALUPE OLVERA FAMILY TRUST, by and through its Trustee, Rebecca Schultz,<br><br>Plaintiffs,<br><br>vs.<br><br>JARED E. SHAFER, an individual; PROFESSIONAL FIDUCIARY SERVICES OF NEVADA, INC., a Nevada corporation; AMY VIGGIANO DEITTRICK, individually and doing business as AVID BUSINESS SERVICES; PATIENCE BRISTOL, an individual; WELLS FARGO BANK, N.A., a National Association; EVE S. MILLS, an individual; SUSAN BULL, an individual; CENTER FOR GUARDIANSHIP CERTIFICATION, INC., a Pennsylvania non-profit corporation; FIRSTSERVICE RESIDENTIAL, NEVADA, LLC, a Nevada limited liability company; CATHY ELLIOT, an individual; MARGARET JOHNSON, aka MARGO JOHNSON, an individual; DOES I through XX and DOE ENTITIES I through XX, inclusive,<br><br>Defendants. | CASE NO.   2:14-cv-01298-GMN-NJK |

## STIPULATION AND ORDER FOR EXTENSION OF TIME TO FILE OPPOSITION
(First Request)

IT IS HEREBY STIPULATED by and between the Plaintiffs, Guadalupe Olvera and The Guadalupe Olvera Family Trust, by and through their attorneys D. Brian Boggess, Esq. and Boggess & Harker and Defendant CENTER FOR GUARDIANSHIP CERTIFICATION, INC., by and through its attorneys, Evan S. Wishengrad, Esq. and Prestige Law Group that the time in which Plaintiffs have to file their Opposition to Motion to Dismiss Claims Contained in First Amended

Complaint (Doc. #92) for Breach of Fiduciary Duty (Second Claim for Relief) and Negligence (Fourth Claim for Relief) Against Defendant Center for Guardianship Certification, Inc. shall be extended to the 2nd day of July, 2015.

IT IS FURTHER STIPULATED that this is the first request of Plaintiffs, Guadalupe Olvera and The Guadalupe Olvera Family Trust, to extend the time for filing their Opposition.

DATED: **June 22, 2015.**

BOGGESS & HARKER

By: /s/ D. Brian Boggess
    D. Brian Boggess, Esq.
    Nevada Bar No. 004537
    7495 West Azure Drive, Suite 250
    Las Vegas, Nevada 89130
    Attorney for Plaintiffs

DATED: 6/22/15

PRESTIGE LAW GROUP

By: [signature]
    Evan S. Wishengrad, Esq.
    Nevada Bar No. 7561
    3270 North Buffalo Drive
    Las Vegas, Nevada 89129
    Attorney for Defendant Center for
    Guardianship Certification, Inc.

## ORDER FOR EXTENSION OF TIME TO FILE OPPOSITION

The Court being fully advised in the premises and good cause appearing therefore,

IT IS ORDERED that the time Plaintiffs, Guadalupe Olvera and The Guadalupe Olvera Family Trust, have to file their Opposition to Motion to Dismiss Claims Contained in First Amended Complaint (Doc. #92) for Breach of Fiduciary Duty (Second Claim for Relief) and Negligence (Fourth Claim for Relief) Against Defendant Center for Guardianship Certification, Inc. shall be extended to the 2nd day of July, 2015.

IT IS SO ORDERED:

_____
Gloria M. Navarro, Chief Judge
United States District Court

DATED: June 22, 2015

Submitted by:

BOGGESS & HARKER

By: /s/ D. Brian Boggess
D. Brian Boggess, Esq.
Nevada Bar No. 004537
7495 West Azure Drive, Suite 250
Las Vegas, Nevada 89130
Attorney for Plaintiffs