BOGGESS & HARKER
D. BRIAN BOGGESS, ESQ.
Nevada Bar Number 4537
7495 West Azure Drive., Suite 250
Las Vegas, Nevada 89130
(t) (702) 233-5040
(f) (702) 233-2209
(e) bboggess@boggesslawgroup.com
Attorney for Plaintiffs

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| GUADALUPE OLVERA, an individual; and THE GUADALUPE OLVERA FAMILY TRUST, by and through its Trustee, Rebecca Schultz,<br><br>Plaintiffs,<br><br>vs.<br><br>JARED E. SHAFER, an individual; PROFESSIONAL FIDUCIARY SERVICES OF NEVADA, INC., a Nevada corporation; AMY VIGGIANO DEITTRICK, individually and doing business as AVID BUSINESS SERVICES; PATIENCE BRISTOL, an individual; WELLS FARGO BANK, N.A., a National Association; EVE S. MILLS, an individual; SUSAN BULL, an individual; CENTER FOR GUARDIANSHIP CERTIFICATION, INC., a Pennsylvania non-profit corporation; FIRSTSERVICE RESIDENTIAL, NEVADA, LLC, a Nevada limited liability company; CATHY ELLIOT, an individual; MARGARET JOHNSON, aka MARGO JOHNSON, an individual; DOES I through XX and DOE ENTITIES I through XX, inclusive,<br><br>Defendants. | CASE NO.: 2:14-cv-01298-GMN-NJK |

ORDER GRANTING

<u>**PLAINTIFFS' MOTION FOR SUBSTITUTION OF PARTY UNDER FED. R. CIV. P. 25**</u>

COME NOW Plaintiffs, Guadalupe Olvera and The Guadalupe Olvera Family Trust ("Plaintiffs" or "Olvera") and respectfully move the Court, by and through their attorneys, D. Brian Boggess, Esq. and Boggess & Harker, and pursuant to Fed. R. Civ. P. 25 (a), moves to substitute the Estate of Eve S. Mills as named party in place of Eve S. Mills. In support of this motion, plaintiffs state as follows:

1. At the time this suit was filed, Defendant Eve S. Mills (hereafter "Mills") was a real party in interest to this suit.

2. Defendant Mills was named a party to this action.

3. On November 2, 2015 counsel for Defendant filed a Suggestion of Death Upon the Record of Eve S. Mills.

4. Upon information and belief, Defendant Mills passed away on October 19, 2015.

5. Under Fed. R. Civ. P. 25 (a)(1), "If a party dies and the claim is not extinguished, the court may order substitution of the proper party."

6. Given that Defendant Mills was named as a party to this action and that Defendant has since passed away and the claim against Defendant is not extinguished, Plaintiffs request that this court enter an order of substitution pursuant to Fed. R. Civ. P. 25(a)(1) substituting the Estate of Eve Mills, as a party Defendant for the previously named party Defendant Eve S. Mills.

WHEREFORE, for each and all of the foregoing reasons, Plaintiffs request that an order of substitution be entered substituting the Estate of Eve Mills as a party Defendant in lieu of original Defendant Eve S. Mills.

Dated this 27th day of January, 2016.

BOGGESS & HARKER

By: /s/ D. Brian Boggess
D. Brian Boggess, Esq.
Nevada Bar No. 004537
7495 West Azure Drive, Suite 250
Las Vegas, Nevada 89130
Attorney for Plaintiffs

IT IS SO ORDERDED.
Dated: February 18, 2016

_____
United States Magistrate Judge

2