1  Steven J. Parsons
   Nevada Bar No. 363
2  Joseph N. Mott
   Nevada Bar No. 12455
3  LAW OFFICES OF STEVEN J. PARSONS
   10091 Park Run Drive Ste 200
4  Las Vegas, NV 89145-8868
   (702) 384-9900
5  (702) 384-5900 – (fax)
   Steve@SJPlawyer.com
6
   Attorneys for Defendants
7  **JARED SHAFER**;
   **PROFESSIONAL FIDUCIARY**
8  **SERVICES OF NEVADA, INC.**;
   and **AMY VIGGIANO DEITTRICK**
9
                    UNITED STATES DISTRICT COURT
10
                         DISTRICT OF NEVADA
11

| | |
|---|---|
| **GUADALUPE OLVERA**, an individual; and **THE GUADALUPE OLVERA FAMILY TRUST,** by and through its Trustee, Rebecca Schultz<br><br>Plaintiff,<br><br>vs.<br><br>**JARED E. SHAFER**, an individual; **et al.**,<br><br>Defendants. | Case No. **2:14-cv-01298-GMN-(NJK**<br><br>**STIPULATION AND ORDER WITHDRAWING PLAINTIFFS' APPLICATION FOR DEFAULT JUDGMENT**<br><br>and<br><br>**STIPULATION AND ORDER SETTING ASIDE PLAINTIFFS' DEFAULT**<br><br>and<br><br>**STIPULATION AND ORDER EXTENDING DEADLINE FOR THE FILING OF DEFENDANTS' ANSWER TO PLAINTIFFS' SECOND AMENDED COMPLAINT**<br><br>and<br><br>**STIPULATION AND ORDER WAIVING SERVICE REQUIREMENT FOR PLAINTIFFS' SECOND AMENDED COMPLAINT** |

   Plaintiffs **GUADALUPE OLVERA** and **GUADALUPE OLVERA FAMILY TRUST** ("Plaintiffs")

and Defendants **JARED E. SHAFER, PROFESSIONAL FIDUCIARY SERVICES OF NEVADA, INC.,**

and **AMY VIGGIANO DIETTRICK**, by their undersigned counsel of record, hereby stipulates as

follows:

*Law Offices of Steven J. Parsons*
*10091 Park Run Drive Suite 200*
*Las Vegas, Nevada 89145-8868*
*(702)384-9900; fax (702)384-5900*
Steve@SJPlawyer.com                                    Page 1 of  2



1. The Default of Defendants **JARED E. SHAFER, PROFESSIONAL FIDUCIARY SERVICES OF NEVADA, INC.,** and **AMY VIGGIANO DIETTRICK** will be set aside.

2. Plaintiffs' withdraw their Application for Default Judgment against Defendants **JARED E. SHAFER, PROFESSIONAL FIDUCIARY SERVICES OF NEVADA, INC.,** and **AMY VIGGIANO DIETTRICK** .

3. That Defendants **JARED E. SHAFER, PROFESSIONAL FIDUCIARY SERVICES OF NEVADA, INC.,** and **AMY VIGGIANO DIETTRICK** will answer Plaintiffs' Second Amended Complaint on or before September 12, 2016.

4. That Defendants **JARED E. SHAFER, PROFESSIONAL FIDUCIARY SERVICES OF NEVADA, INC.,** and **AMY VIGGIANO DIETTRICK** waive service of process and all applicable deadlines for service of process related to Plaintiffs' Second Amended Complaint.

Dated: September 9, 2016.

| | |
|---|---|
| LAW OFFICES OF STEVEN J. PARSONS | MINCIN LAW, PLLC. |
| /s/ Steven J. Parsons | /s/ David Mincin |
| STEVEN J. PARSONS | DAVID MINCIN |
| Nevada Bar No. 363 | Nevada Bar No. 5427 |
| Attorneys for Defendants **JARED SHAFER; PROFESSIONAL FIDUCIARY SERVICES OF NEVADA, INC.;** and **AMY VIGGIANO DEITTRICK** | Attorney for Plaintiffs **GUADALUPE OLVERA; GUADALUPE OLVERA FAMILY TRUST** |

## ORDER

Pursuant to the foregoing stipulation and agreement of the parties, and for good cause appearing:

**IT IS SO ORDERED.**

Dated: September 12 , 2016.

_____
Gloria M. Navarro, Chief Judge
United States District Judge

