# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| GUADALUPE OLVERA, et al., | Case No. 2:14-cv-01298-GMN-NJK |
| Plaintiff(s), | |
| vs. | ORDER |
| JARED E. SHAFER, et al., | (Docket No. 178) |
| Defendant(s). | |

Pending before the Court is a renewed motion to reopen discovery filed by Defendants Jared E. Shafer, Professional Fiduciary Services of Nevada, Inc., and Amy Viggiano Deittrick. Docket No. 178. Plaintiffs filed a joinder, as did Defendants Wells Fargo and Susan Bull. Docket No. 179, 184. The pending motion does little to assuage the concerns expressed by the Court previously that the movants have not shown diligence. *See* Docket No. 174 at 2 (noting that movant's first requested to reopen discovery more than four months after appearing in the case). Nonetheless, given the unopposed nature of the request and as a <u>one-time courtesy</u> to the parties, the Court will **GRANT** the motion in part and reopen discovery for a period of 90 days. The discovery cutoff is set for July 17, 2017. The parties must ensure that they use this extended period wisely, as the Court is not inclined to permit any further extensions in this nearly three-year-old case.

IT IS SO ORDERED.

DATED: April 17, 2017

_____
NANCY J. KOPPE
United States Magistrate Judge