David Mincin, Esq.
Nevada Bar No. 5427
MINCIN LAW, PLLC
7465 W. Lake Mead Boulevard, #100
Las Vegas, Nevada 89128
dmincin@mincinlaw.com
Phone: 702-852-1957
Fax: N/A
*Attorney for Plaintiffs*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| GUADALUPE OLVERA, an Individual; and THE GUADALUPE OLVERA FAMILY TRUST, by and through its Trustee, Rebecca Schultz;<br><br>Plaintiffs,<br><br>vs.<br><br>JARED E. SHAFER, an Individual; PROFESSIONAL FIDUCIARY SERVICES OF NEVADA, INC. a Nevada Corporation; AMY VIGGIANO DEITTRICK, Individually and dba AVID BUSINESS SERVICES; et al,<br><br>Defendants. | Case No.: 14-CV-01298-GMN-NJK |

### STIPULATION AND ORDER TO EXTEND DEADLINE TO FILE PRETRIAL ORDER

Plaintiffs, Guadalupe Olvera and The Guadalupe Olvera Family Trust, by and through its Trustee, Rebecca Schultz, by and through their counsel of record, David Mincin, Esq.; Defendants Wells Fargo Bank and Susan Bull by and through their counsel of record, Bradley Richardson, Esq.; and Defendants Jared E. Shafer, Professional Fiduciary Services of Nevada, Inc., Amy Viggiano Deittrick, by and through their counsel of record, Joseph Mott, Esq., stipulate and agree as follows.

**Whereas** an order was entered April 10, 2017 (Dkt. #187) setting the deadline to file a proposed joint pretrial order for May 10, 2017.

Page 1 of 3

W:\2016 - DM\4145schultz.shafer\Stip & Ordr To Ext Deadline To File Pretrial Ordr...DMcb...5-9-2017.wpd   May 10, 2017 (2:17pm)

1     **Whereas** subsequent to entry of the April 10, 2017 Order (Dkt. #187) Magistrate
2 Nancy J. Koppe granted a motion permitting discovery through July 17, 2017 (Dkt. 188).
3     **Whereas** subsequent to entry of the April 10, 2017 Order (Dkt. #187) a Settlement
4 Conference has been set for August 23, 2017 (Dkt. #189).
5     **Whereas** the parties wish to complete discovery and attend the settlement conference
6 before incurring attorneys fees and costs formulating and submitting a proposed pre trial
7 order.
8     **It Is Hereby Stipulated** that the deadline to file a proposed pre trial order be extended
9 from May 10, 2017 to September 25, 2017.

SO STIPULATED
DATED this 10th day of May, 2017.
MINCIN LAW, PLLC

By: /s/ David Mincin
    David Mincin, Esq.
    State Bar No.5427
    7465 W. Lake Mead Boulevard, #100
    Las Vegas, Nevada 89128
    *Attorney Plaintiffs*

SO STIPULATED
DATED this 10th day of May, 2017.
FENNEMORE CRAIG PC

By: /s/ Bradley J. Richardson
    Bradley J. Richardson, Esq.
    State Bar No. 001159
    300 S. Fourth Street, #1400
    Las Vegas, Nevada 89101
    *Attorney for Wells Fargo Bank and Susan Bull*

SO STIPULATED
DATED this 10th day of May, 2017.
LAW OFFICES OF STEVEN J. PARSONS

By: /s/ Joseph Mott
    Joseph Mott, Esq.
    State Bar No. 012455
    10091 Park Run Drive, #200
    Las Vegas, Nevada 89145
    *Attorney For Jared Shafer,*
    *Profession Fiduciary Services Of Nevada, Inc.*
    *and Amy Viggiano Deittrick*

Page 2 of 3

W:\2016 - DM\4145schultz.shafer\Stip & Ordr To Ext Deadline To File Pretrial Ordr...DMcb...5-9-2017.wpd      May 10, 2017 (2:17pm)

**ORDER**

Based on the foregoing Stipulation between the parties:

**IT IS HEREBY ORDERED** that the deadline to file a joint pretrial order is hereby extended from May 10, 2017, to September 25, 2017. The Court warns the parties that this is the last extension of deadlines the Court will provide in this matter.

DATED this __12__ day of May, 2017.

_____
Gloria M. Navarro, Chief Judge
UNITED STATES DISTRICT COURT

Page 3 of 3

W:\2016 - DM\4145schultz.shafer\Stip & Ordr To Ext Deadline To File Pretrial Ordr...DMcb...5-9-2017.wpd    May 10, 2017 (2:17pm)