# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| GUADALUPE OLVERA, et al., | Case No. 2:14-cv-01298-GMN-NJK |
| Plaintiff(s), | ORDER |
| vs. | |
| JARED E. SHAFER, et al., | |
| Defendant(s). | |

On August 14, 2017, the Court ordered that "the parties shall file, no later than August 21, 2017, a stipulation with five alternative dates (after September 29, 2017) on which all required participants can attend the settlement conference." Docket No. 194 at 2. No such stipulation was filed. Accordingly, the Court **ORDERS** the parties to file that stipulation by September 1, 2017.

IT IS SO ORDERED.

DATED: August 25, 2017

_____
NANCY J. KOPPE
United States Magistrate Judge