Steven J. Parsons
Nevada Bar No. 363
Joseph N. Mott
Nevada Bar No. 12455
LAW OFFICES OF STEVEN J. PARSONS
10091 Park Run Dr Ste 200
Las Vegas NV 89145-8868
(702) 384-9900
(702) 384-5900 (fax)
Steve@SJPlawyer.com
Joey@SJPlawyer.com

Attorneys for Defendants
JARED E. SHAFER; PROFESSIONAL
FIDUCIARY SERVICES OF NEVADA, INC.;
and AMY VIGGIANO DEITTRICK
(the so-called "PFSN Defendants")

UNITED STATED DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| GUADALUPE OLVERA, an individual; and THE GUADALUPE OLVERA FAMILY TRUST, by and through its Trustee, Rebecca Schultz,<br><br>Plaintiffs,<br><br>vs.<br><br>JARED E. SHAFER, an individual; PROFESSIONAL FIDUCIARY SERVICES OF NEVADA, INC., a Nevada corporation; AMY VIGGIANO DEITTRICK, individually and doing business as AViD BUSINESS SERVICES; WELLS FARGO BANK, N.A., a National Association; DOES I through XX and DOE ENTITIES I through XX, inclusive,<br><br>Defendants.<br>_____/ | Case No. 2:14-cv-1298-GMN-(NJK)<br><br>THE PARTIES' JOINT STIPULATION DISMISSING THE CLAIMS OF GUADALUPE OLVERA, an individual *WITH PREJUDICE*<br><br>and<br><br>*(PROPOSED) ORDER* |

The parties, by their undersigned counsel of record, hereby stipulate that the claims of **GUADALUPE OLVERA**, an individual, now deceased, are hereby dismissed with prejudice. As a result of this stipulation, Guadalupe Olvera, in his individual capacity, no longer has any claims pending against any Defendants in this matter and will no longer be a Plaintiff in this matter. Further, within FRCP 25, given Plaintiffs' failure to timely substitute parties after filing



10091 Park Run Drive Suite 200
Las Vegas, Nevada 89145-8868
(702)384-9900; fax (702)384-5900
Info@SJPlawyer.com

Page 1 of 2

a suggestion of death upon the record in 2015, no other party can timely substitute in on Mr. Olvera's behalf.

Guadalupe Olvera and these Defendants agree to bear their own fees and costs as to each other.

Dated: August 25, 2017.

MINCIN LAW, PLLC

_____
DAVID MINCIN
Nevada Bar No. 5427

Attorneys for Plaintiffs
**GUADALUPE OLVERA; and
THE GUADALUPE OLVERA FAMILY TRUST**

LAW OFFICES OF STEVEN J. PARSONS

_____
STEVEN J. PARSONS
Nevada Bar No. 363         #12455

Attorneys for the so-called
**PFSN Defendants**

FENNEMORE CRAIG, P.C.

_____
BRADLEY J. RICHARDSON
Nevada Bar No. 1189

Attorneys for Defendants
**WELLS FARGO BANK, N.A.**

## ORDER

**IT IS SO ORDERED**, upon the foregoing stipulation of the parties, the claims of **GUADALUPE OLVERA**, an individual, are hereby dismissed with prejudice and not subject to substitution as a result of Plaintiff's failure to timely substitute within FRCP 25.

**iT IS FURTHER ORDERED** that the Clerk of Court shall close the case.

Dated this __25__ day of August, 2017.

_____
Gloria M. Navarro, Chief Judge
UNITED STATES DISTRICT COURT


LAW OFFICES OF
STEVEN J. PARSONS

Page 2 of 2

10091 Park Run Drive Suite 200
Las Vegas, Nevada 89145-8868
(702)384-9900; fax (702)384-5900
Info@SJPlawyer.com