# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| THE GUADALUPE OLVERA FAMILY TRUST, <br> Plaintiff(s), <br> vs. <br> JARED E. SHAFER, et al., <br> Defendant(s). | Case No. 2:14-cv-01298-GMN-NJK <br> ORDER <br> (Docket Nos. 202, 203) |

Pending before the Court are filings seeking to extend deadlines in light of a settlement by all appearing parties, Docket Nos. 202, 203, which are hereby **GRANTED** as follows. The Court **EXTENDS** (1) the discovery cutoff to October 31, 2017, (2) the deadline for dispositive motions to November 30, 2017, and (3) the deadline to file a joint proposed pretrial order to December 29, 2017. The Court **ORDERS** the parties to file either dismissal papers or a joint status report regarding settlement by October 23, 2017. With respect to any defaulted defendants, the Court **ORDERS** Plaintiff to file motions for default judgment by October 9, 2017. The Court **VACATES** the settlement conference scheduled for November 8, 2017.

IT IS SO ORDERED.

DATED: September 26, 2017

_____
NANCY J. KOPPE
United States Magistrate Judge