1 **FENNEMORE CRAIG, P.C.**
Christopher H. Byrd, Esq. (No. 1633)
2 300 S. Fourth Street, Suite 1400
Las Vegas, Nevada 89101
3 Telephone: (702) 692-8000
Facsimile: (702) 692-8099
4 E-mail: cbyrd@fclaw.com
*Attorney for Wells Fargo Bank, N.A. and Susan Bull*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| THE GUADALUPE OLVERA FAMILY TRUST, by and through its Trustee, Rebecca Schultz;<br><br>Plaintiffs,<br><br>vs.<br><br>JARED E. SHAFER, an Individual; PROFESSIONAL FIDUCIARY SERVICES OF NEVADA, INC. a Nevada Corporation; AMY VIGGIANO DEITTRICK, Individually and dba AVID BUSINESS SERVICES; PATIENCE BRISTOL, an Individual; WELLS FARGO BANK, N.A., a National Association; EVE S. MILLS, an individual, SUSAN BULL, an individual, et al,<br><br>Defendants. | Case No.: 14-cv-01298-GMN-(NJK)<br><br>**STIPULATION AND (PROPOSED) ORDER TO DISMISS THE COMPLAINT AS TO DEFENDANTS WELLS FARGO BANK, N.A., EVE S. MILLS SUSAN BULL, JARED E. SHAFER, PROFESSIONAL FIDUCIARY SERVICES OF NEVADA, INC., AMY VIGGIANO DEITTRICK, INDIVIDUALLY AND DBA AVID BUSINESS SERVICES, WITH PREJUDICE** |

Defendants, WELLS FARGO BANK, N.A. ("Wells Fargo"), , and SUSAN BULL, an individual (hereinafter "the Wells Defendants"), by and through their counsel of record, Christopher H. Byrd, Esq., Plaintiff, THE GUADALUPE OLVERA FAMILY TRUST (the "Trust"), and its Trustee, Rebecca Schultz, by and through her counsel of record, David Mincin, Esq., and Defendants, JARED E. SHAFER; PROFESSIONAL FIDUCIARY SERVICES OF NEVADA, INC.; and AMY VIGGIANO DEITTRICK, Individually and dba AVID BUSINESS SERVICES, by their counsel of record, Steven J. Parsons, Esq., do hereby stipulate and agree that the above entitled action shall be dismissed with prejudice only as to Wells Fargo Bank, NA, and all Wells Fargo Bank employees, including Eve Mills and Susan Bull; and Jared E. Shafer, Professional Fiduciary Services Of Nevada, Inc. and Amy Viggiano Deittrick, individually, and d/b/a Avid Business Services (the "PFSN Defendants"). The Wells Defendants, PFSN

TDAY/13352368.1/044730.0001

Defendants and the Trust shall bear their own attorneys' fees and costs as to each other.

This Stipulation for dismissal resolves only the disputes and claims against Wells Fargo, Eve Mills, Susan Bull and the named PFSN Defendants, but does not resolve the action against the remaining party, PATIENCE BRISTOL, an individual

DATED this 27th day of October, 2017.                    DATED this 27th day of October, 2017.

**FENNEMORE CRAIG, P.C.**                                 **MINCIN LAW, PLLC**

/s/Christopher H. Byrd, Esq.                              /s/David Mincin, Esq.

Christopher H. Byrd, Esq. (No. 1633)                      David Mincin, Esq. (No. 5427)
300 S. Fourth Street, Suite 1400                          7465 W. Lake Mead Blvd. Suite 100
Las Vegas, Nevada 89101                                   Las Vegas, NV 89128
*Attorney for Wells Fargo Bank, N.A, and Susan Bull*      *Attorneys for Plaintiff*

DATED this 27th day of October, 2017.

**LAW OFFICES OF STEVEN J. PARSONS**

/s/Steven J. Parsons, Esq.

Steven J. Parsons, Esq. (No. 363
10091 Park Run Dr. Suite 200
Las Vegas, NV 89145-8868
*Attorneys for Jared E. Shafer; Professional Fiduciary Services of Nevada, Inc.; and Amy Viggiano Deittrick – the PFSN defendants*

## ORDER

IT IS SO ORDERED.

Dated this __31__ day of October, 2017.

_____
Gloria M. Navarro, Chief Judge
UNITED STATES DISTRICT COURT

Respectfully Submitted by:

**FENNEMORE CRAIG, P.C.**

/s/Christopher H. Byrd, Esq.

Christopher H. Byrd, Esq. (No. 1633)
300 S. Fourth Street, Suite 1400
Las Vegas, Nevada 89101
*Attorney for Wells Fargo Bank, N.A, and Susan Bull*

TDAY/13352368.1/044730.0001

# CERTIFICATE OF SERVICE

On October 27, 2017, I served the following document(s):

**STIPULATION AND ORDER TO DISMISS WELLS FARGO BANK, N.A., EVE S. MILLS AND SUSAN BULL WITHOUT PREJUDICE**

1. I served the above-named document(s) by the following means to the persons as listed below:

[X] a. ECF System (attach the "Notice of Electronic Filing" or list all persons and address):

Christopher H. Byrd    cbyrd@fclaw.com, tday@fclaw.com

D. Brian Boggess    bboggess@boggesslawgroup.com, hcroft@boggesslawgroup.com

David Mincin    dmincin@mincinlaw.com, cburke@mincinlaw.com

Evan S Wishengrad    Evan@WishengradLawOffices.com

Robert S. Larsen    rlarsen@gordonrees.com, gangulo@gordonrees.com, mogella@gordonrees.com, psu@gordonrees.com, wwong@gordonrees.com

Steven J. Parsons    Steve@sjplawyer.com, Joey@sjplawyer.com, Kenia@sjplawyer.com, candice@sjplawyer.com

David R Koch    dkoch@kochscow.com, aeshenbaugh@kochscow.com, bwight@kochscow.com, sscow@kochscow.com

Michael Diamond Lum    michael@jeffreyburr.com

John R. Mugan    john@jeffreyburr.com

[ ] b. United States mail, postage fully prepared (list persons and addresses):

D. Brian Boggess
Boggess & Harker
5550 Painted Mirage Road Suite 255
Las Vegas, NV 89149

David R Koch
Koch & Scow LLC
11500 S. Eastern Ave., Ste. 210
Henderson, NV 89052

Robert S. Larsen
Gordon & Rees LLP
300 South Fourth Street Suite 1500
Las Vegas, NV 89101

Michael Diamond Lum
John R. Mugan
Jeffrey Burr, Ltd.
2600 Paseo Verde Parkway
Henderson, NV 89074

David Mincin
Mincin Law, PLLC
7465 W. Lake Mead Boulevard, #100
Las Vegas, NV 89128

Steven J. Parsons
Law Office of Steven J. Parsons
10091 Park Run Dr Ste 200
Las Vegas, NV 89145-8868

TDAY/13352368.1/044730.0001

Evan S Wishengrad
7375 W. Peak Drive, Suite 110
Las Vegas, NV 89128

    [ ]    c.    Personal Service (List persons and addresses):

    [ ] For a party represented by an attorney, delivery was made by handling the document(s) to the attorney or by leaving the document(s) at the attorney's office with a clerk or other person in charge, or if no one is in charge by leaving the document(s) in a conspicuous place in the office.

    [ ] For a party, deliver was made by handing the document(s) to the party or by leaving the document(s) at the person's dwelling house or usual place of abode with someone of suitable age and discretion residing there.

    [ ]    d.    By direct email (as opposed to through the ECF system (list persons and email addresses):

    Based upon the written agreement of the parties to accept service by email or a court order, I caused the document(s) to be sent to the persons at the email addresses listed below. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

    [ ]    e.    By fax transmission (list persons and fax numbers):

    Based upon the written agreement of the parties to accept service by fax transmission or a court order, I faxed the document(s) to the persons at the fax numbers listed below. No error was reported by the fax machine that I used. A copy of the record of the fax transmission is attached.

    [ ]    f.    By messenger:

    I served the document(s) by placing them in an envelope or package addressed to the persons at the addresses listed below and providing them to a messenger service. (A declaration by the messenger must be attached to this Certificate of Service).

I declare under penalty of perjury that the foregoing is true and correct.

*/s/Trista Day*
------------------------------
An Employee of Fennemore Craig, P.C.

TDAY/13352368.1/044730.0001