# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

Guadalupe Olvera Family Trust,

          Plaintiff,

v.

Patience Bristol,

          Defendant.

DEFAULT JUDGMENT IN A CIVIL CASE

Case Number: 2:14-cv-01298-GMN-NJK

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☐ **Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that default judgment is entered in favor of Plaintiff Guadalupe Olvera Family Trust and against Defendant Patience Bristol in the amount of $61,770.00.

3/8/2018  
Date

DEBRA K. KEMPI  
Clerk

/s/ A. Blazevich  
Deputy Clerk